IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DEVIN G. NUNES,<br><br>    Plaintiff,<br><br>v.<br><br>RYAN LIZZA and HEARST MAGAZINE MEDIA, INC.,<br><br>    Defendants. | Related Case No. 5:19-cv-04064-CJW-MAR (N.D. Iowa) |
| RYAN LIZZA and HEARST MAGAZINE MEDIA, INC.,<br><br>    Petitioners,<br><br>v.<br><br>TRUMP MEDIA & TECHNOLOGY GROUP CORP.,<br><br>    Respondents. | Case No. 9:22-mc-81070-DMM |

### NOTICE OF STRIKING

Pursuant to the Clerk's Notice, DE 8, notice is hereby given of striking Docket Entry No. 7. A corrected affidavit of service will be filed.

Dated: July 28, 2022.

Respectfully Submitted,

SHULLMAN FUGATE PLLC

/s/ Deanna K. Shullman
Deanna K. Shullman
 dshullman@shullmanfugate.com
 Florida Bar No. 514462
Rachel E. Fugate
 rfugate@shullmanfugate.com
 Florida Bar No. 144029
2101 Vista Parkway, Suite 4006

1

       West Palm Beach, Florida 33411
       Tel: (844) 554-1354

       Nathaniel S. Boyer*
        *nathaniel.boyer@hearst.com*
       THE HEARST CORPORATION
       Office of General Counsel
       300 West 57th Street
       New York, New York 10019
       Telephone: (212) 649-2030
       Facsimile: (212) 554-7000

       *Admitted pro hac vice*

       **Attorneys for Petitioners Ryan Lizza and Hearst Magazine Media, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2022, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on Brendan H. Little, Esq., counsel for TMTG, Lippes Mathias LLP, 50 Fountain Plaza, Suite 1700; Buffalo, NY 14202; 716-218-7570 at the following email address: blittle@lippes.com.

       **Deanna K. Shullman**
       Deanna K. Shullman (FBN 514462)