## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 22-mc-81070-MIDDLEBROOKS

RYAN LIZZA, et al.,

      Plaintiffs,

vs.

TRUMP MEDIA & TECHNOLOGY
GROUP CORP.,

      Defendant.

_____/

## ORDER CLOSING CASE

THIS CAUSE is before the Court upon a *sua sponte* review of the record.

In view of Magistrate Judge William Matthewman's Order Granting in Part and Denying in Part Petitioners' Motion to Compel Respondent's Compliance with Subpoena (DE 26), which was entered on August 15, 2022, and given that the time to appeal Magistrate Judge Matthewman's Order has expired, it is **ORDERED AND ADJUDGED** that:

1. The Clerk of Court shall **CLOSE THIS CASE**.

2. All pending motions are **DENIED AS MOOT**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 31st day of August, 2022.

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record